UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:18-CV-1400 |
| | ) | |
| v. | ) | (Judge         ) |
| | ) | |
| $5,430.00 U.S. Currency, and | ) | |
| $12,570.45 seized from Community | ) | |
| Bank acct. ending in 6994, | ) | |
| Defendants. | ) | (Electronically filed) |

## WARRANT OF ARREST IN REM

TO: The United States Marshal for the
Middle District of Pennsylvania

WHEREAS, on July 16, 2018, the United States of America filed a verified Complaint for civil forfeiture in the United States District Court for the Middle District of Pennsylvania against the defendant property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the

1

defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Middle District of Pennsylvania, have caused the foregoing Warrant of Arrest in Rem to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of

the United States and have hereunto affixed the seal of said Court this 16TH day of July, 2018.

Clerk of the Court
United States District Court

By: _____
Deputy Clerk

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ by _____ on the ___ day of _____, _____.

_____
U.S. Deputy Marshal