UNITED STATES DITRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | |
| | : | JUDGE MANNION |
| | : | |
| | : | |
| | : | |
| $5,430.00 U.S. Currency, and $12,570.45 | : | |
| Seized from Community Bank acct. ending | : | |
| In 6994 | : | |
| | : | |
| Defendants | : | NO. 3:18-CV-01400 |

## ANSWER TO COMPLAINT FOR FORFEITURE *IN REM*

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. No responsive pleading required.

7. No responsive pleading required.

8. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

9. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

10. Admitted.

11. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

12. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

13. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

14. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

15. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

16. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

17. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial/

18. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

19. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

20. Denied. The allegation in this paragraph represents a conclusion of law and or fact to which no responsive pleading is required. Strict proof thereof is demanded at trial.

WHEREFORE, the Defendant prays that the forfeiture request of the United States be DENIED.

                                                      /s/ Robert J. Levant
                                                      Robert J. Levant, Esq.

## UNITED STATES DITRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | JUDGE MANNION |
| | : | |
| $5,430.00 U.S. Currency, and $12,570.45 | : | |
| Seized from Community Bank acct. ending | : | |
| In 6994 | : | |
| Defendants | : | NO. 3:18-CV-01400 |

## CERTIFICATE OF SERVICE

I, Robert J Levant, Esquire Counsel for Defendants, do hereby certify that we have served a copy of the attached, ANSWER TO COMPLAINT FOR FORFEITURE *IN REM* upon the following:

Office of the Clerk-United States District Court for the Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108


Jenny P. Roberts, Assistant U.S. Attorney
235 North Washington Ave.
 Scranton, PA 18503


Dated: <u>October 15, 2018</u>         /s/ Robert J. Levant
                                       Robert J. Levant, Esquire