UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:18-cv-01400 |
| | ) | |
| v. | ) | (Judge Mannion) |
| | ) | |
| $5,430.00 U.S. CURRENCY, AND | ) | |
| $12,570.45 SEIZED FROM | ) | |
| COMMUNITY BANK ACCT. | ) | |
| ENDING IN 6994, | ) | |
| Defendants. | ) | (Electronically filed) |

## ORDER

Upon consideration of the Government's Motion to Stay Proceedings Pursuant to 18 U.S.C. § 981(g) and the claimant's concurrence thereto, the Court finds that "civil discovery will adversely affect the ability of the government to conduct a related criminal investigation or the prosecution of a related criminal case." 18 U.S.C. § 981(g)(1).

IT IS HEREBY ORDERED that this civil forfeiture case is stayed until the related criminal investigation has been disposed of at the trial court level by sentencing.

The United States shall update the Court to the status of the criminal investigation every six months until charges have been filed.

IT IS FURTHER ORDERED that plaintiff shall notify the Court of the disposition of criminal case, no later than 60 days following said disposition.

MALACHY E. MANNION
UNITED STATES DISTRICT JUDGE

DATED: 11/5/18