UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-CV-1400 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| Approximately $5,430.00 in United States Currency, and $12,570.45 seized from Community Bank Acct. ending in 6994, | : | |
| | : | |
| Defendants | : | (FILED ELECTRONICALLY) |

## SECOND STATUS REPORT OF THE UNITED STATES

This Status Report is filed as directed by the court's Order dated November 5, 2018. (Doc. 8.) The United States and the party of interest are attempting to resolve the case by way of Information and Plea Agreement.

The United States proposes to file another status report no later than February 5, 2020, to inform the court of the status of criminal charges.

Respectfully submitted,

DAVID J. FREED
UNITED STATES ATTORNEY

By: */s/ Jenny P. Roberts*
Jenny P. Roberts
ASSISTANT U.S. ATTORNEY
235 N. Washington Ave, Ste. 311
Scranton, PA 18503
PHONE: 570-348-2800
FAX: 570-348-2037
Jenny.p.roberts@usdoj.gov
PA89330

CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing.

        Respectfully submitted,

        DAVID J. FREED
        UNITED STATES ATTORNEY

By:
/s/ Jenny P. Roberts
Jenny P. Roberts
ASSISTANT U.S. ATTORNEY
235 N. Washington Ave, Ste. 311
Scranton, PA 18503
PHONE: 570-348-2800
FAX: 570-348-2037
Jenny.p.roberts@usdoj.gov
PA89330