UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-CV-1400 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| Approximately $5,430.00 in | : | (Filed Electronically) |
| United States Currency, and | : | |
| $12,570.45 seized from Community | : | |
| Bank Acct. ending in 6994, | : | |
| | : | |
| Defendants | : | |

## THIRD STATUS REPORT OF THE UNITED STATES

This Status Report is filed as directed by the Court's Order dated November 5, 2018. (Doc. 8.) The United States and the party of interest are currently attempting to resolve this case by way of Information and Plea Agreement.

On January 23, 2020, in anticipation of filing this Status Report, the government contacted opposing counsel and confirmed that the stay of forfeiture proceedings is still agreeable.

The United States proposes to file another status report, if necessary, no later than August 5, 2020, to inform the court of the status of criminal charges.

Respectfully submitted,

DAVID J. FREED
UNITED STATES ATTORNEY

By:   /s/ Jenny P. Roberts
JENNY P. ROBERTS
ASSISTANT U.S. ATTORNEY
235 N. Washington Ave, Ste. 311
Scranton, PA  18503
PHONE: 570-348-2800
FAX:  570-348-2037
Jenny.p.roberts@usdoj.gov
PA ID # 89330

## CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing.

Respectfully submitted,

DAVID J. FREED
UNITED STATES ATTORNEY

By:    /s/ Jenny P. Roberts
JENNY P. ROBERTS
ASSISTANT U.S. ATTORNEY
235 N. Washington Ave, Ste. 311
Scranton, PA  18503
PHONE: 570-348-2800
FAX:  570-348-2037
Jenny.p.roberts@usdoj.gov
PA ID # 89330