UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:18-CV-1400 |
| | ) | |
| v. | ) | (JUDGE MANNION) |
| | ) | |
| Approximately $5,430.00 in | ) | |
| United States Currency, and | ) | |
| $12,570.45 seized from Community | ) | |
| Bank Acct. ending in 6994, | ) | |
| | ) | |
| Defendants. | ) | (Electronically Filed) |

## FOURTH STATUS REPORT OF THE UNITED STATES

This Status Report is filed as directed by the Court's Order dated November 5, 2018. (Doc. 8). The United States and the party of interest are currently attempting to resolve this case by way of a plea agreement and criminal information rather than indictment.

On July 22, 2020, in anticipation of filing this Status Report, the Government met with opposing counsel in furtherance of attempts toward resolution of this matter pre-indictment. The defendant also sought a delay in resolution of this matter in order to obtain various evaluations and subsequent reports to be used to further plea discussions.

The United States proposes to file another status report no later than February 5, 2021, to inform the court of the status of criminal charges.

                              Respectfully submitted,

                              DAVID J. FREED
                              UNITED STATES ATTORNEY

By:   */s/ Jenny P. Roberts*
       Jenny P. Roberts
       ASSISTANT U.S. ATTORNEY
       235 N. Washington Ave, Ste. 311
       Scranton, PA  18503
       PHONE: 570-348-2800
       FAX:  570-348-2037
       Jenny.p.roberts@usdoj.gov
       PA 89330

## CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing July 23, 2020.

                                  Respectfully submitted,

                                  DAVID J. FREED
                                  UNITED STATES ATTORNEY

By:   */s/* Jenny P. Roberts
        Jenny P. Roberts
        ASSISTANT U.S. ATTORNEY
        235 N. Washington Ave, Ste. 311
        Scranton, PA  18503
        PHONE: 570-348-2800
        FAX:  570-348-2037
        Jenny.p.roberts@usdoj.gov
        PA89330