UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:18-CV-1400 |
| | ) | |
| v. | ) | (JUDGE MANNION) |
| | ) | |
| Approximately $5,430.00 in | ) | |
| United States Currency, and | ) | |
| $12,570.45 seized from Community | ) | |
| Bank Acct. ending in 6994, | ) | |
| | ) | |
| Defendants. | ) | (Electronically Filed) |

EIGHTH STATUS REPORT OF THE UNITED STATES

This Status Report is filed as directed by the Court's Order dated November 5, 2018. (Doc. 8). The United States and the party of interest are no longer attempting to resolve this case by way of a plea agreement and criminal information rather than indictment.

On September 15, 2020, the Government filed an Indictment under 3:20-CR-228, charging the owner of the defendant property Kurt Moran, with 18 U.S.C. § 371, Count 1, 42 U.S.C. § 1320a-7b(b)(1)(B) and 18 U.S.C. § 2, Counts 2 through 12, 21 U.S.C. § 841 and 18 U.S.C. § 2, Counts 13 through 327, 21 U.S.C. § 841 and 18 U.S.C. § 2, Count 328 and 329, 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2, Count 330, and 18

U.S.C. § 1347 and 18 U.S.C. § 2, Counts 331 through 423. The Government filed a Bill of Particulars on September 24, 2020, that lists the defendant property, approximately $5,430.00 in United States Currency, and approximately $12,570.45 seized from Community Bank Acct. ending in 6994, for forfeiture.

On December 6, 2021, the defendant Kurt Moran pled guilty in the criminal case. A Preliminary Order of Forfeiture (Doc. 40) as it relates to the defendant property listed in the above caption, in addition to other assets, was entered on December 9, 2021. Sentencing is currently scheduled for August 31, 2022.

The United States proposes to file another status report no later than April 10, 2023, to inform the court of the status of criminal case 3:20-CR-228.

                Respectfully submitted,

                GERARD M. KARAM
                UNITED STATES ATTORNEY

By:   */s/ Sean A. Camoni*
       SEAN A. CAMONI
       ASSISTANT U.S. ATTORNEY
       235 N. Washington Ave, Ste. 311
       Scranton, PA  18503
       PHONE: 570-348-2800
       FAX:  570-348-2037
       sean.a.camoni@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing August 9, 2022.

        Respectfully submitted,

        GERARD M. KARAM
        UNITED STATES ATTORNEY

By:   */s/ Sean A. Camoni*
        SEAN A. CAMONI
        ASSISTANT U.S. ATTORNEY
        235 N. Washington Ave, Ste. 311
        Scranton, PA  18503
        PHONE: 570-348-2800
        FAX:  570-348-2037
        sean.a.camoni@usdoj.gov